UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | NO. 4:19 CR 327 RWS NAB |
| TERRELL REID, | ) ) ) | |
| Defendant. | ) | |

**UNITED STATES OF AMERICA'S PRETRIAL HEARING EXHIBIT LIST**

COMES NOW the United States of America and lists the following exhibits:

| EXHIBIT NUMBER | DESCRIPTION |
|---|---|
| 1 | One (1) CD containing recordings of phone calls and text messages between HSI Undercover Officer and phone number (281) 736-0754 |
| 1a | Transcripts of recordings of phone calls between HSI Undercover Officer and phone number (281) 736-0754 |
| 2 | 4:19 MJ 1149 JMB April 15, 2019, PLI Affidavit, Affidavit, Warrant, and Order (281) 736-0754 |
| 3 | One (1) USB drive containing Excerpted Video Footage of T. Reid Conducting Purchase of Cocaine from HSI Undercover Officers on April 16, 2019 |
| 4 | U.S. Immigration Customs and Enforcement Statement of Rights and Waiver signed by Terrell Reid on April 16, 2019 |
| 5 | Department of Homeland Security U.S Immigration and Customs Enforcement Consent to Search signed by Terrell Reid on April 16, 2019 |

Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney

*/s/ Lisa M. Yemm*
LISA M. YEMM
Assistant United States Attorney
111 South Tenth Street, 20th Floor
Saint Louis, Missouri 63102
Telephone: (314) 539-2200
Facsimile: (314) 539-3887

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2020, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

All Attorneys of Record for Defendant.

*/s/ Lisa M. Yemm*
LISA M. YEMM, #64601MO
Assistant United States Attorney