## U.S DEPARTMENT OF HOMELAND SECURITY
## CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

No. 20194503000026701 OP Group 6

Handbook 5200-09

| Field | Value |
|---|---|
| 1. FPF No. | 2019450300026701 |
| 2. Incident No. | 2019SA0014240 |
| 3. Investigative Case No. | SU13CR19EP0025 |
| 4. EID Event Number | |
| 5. Prior Detention? Yes / No. If yes, DHS 6051D No. | |
| 6. Date Seized (mm/dd/yyyy) | 04/16/2019 |
| 7. Time Seized (Use 24 Hrs) | 16:00 |
| 8. FDIN/Misc. | |
| 9. Seized From: Name: | REID, TERRELL |
| Address: | [redacted] ST. LOUIS, MO, 63133, US |
| Telephone No. | |
| 10. Entry No. | |
| 11. Seal or Other ID Nos. | |
| 12. Remarks: | |
| 13. Send Correspondence to: | U.S. CBP / ATTN:FPFO, 4349 WOODSON RD, STE 201, ST. LOUIS, MO, 63134, TEL. No. 3144298113 |

### 14. PROPERTY (By Line Item) Attach CBP 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | c. Packages Type | d. Measurements Qty | d. Measurements UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 0003 | LG Cell Phone | 1 | BG | 1 | EA | $ 1 |

### 15. Seizing Officer

| Print Name | Signature | Date |
|---|---|---|
| Gronewold, Thomas | X [signature] | 4.16.19 |

### 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title /Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 003 | See 14b | Doug Alexander CFA/HSI | [signature] | 5-10-19 |
| 003 | See 14b | T. Gronewold SA/HSI | [signature] | 5-14-19 |
| 003 | See 14b | Jeffrey Wagner SA/HSI | [signature] | 5-15-19 |

DHS Form 6051A Continuation Sheet Attached? Yes ☐ No ☐

DHS Retains Original



DHS Form 6051S(08/09)

GOV-000070