## U.S DEPARTMENT OF HOMELAND SECURITY

### CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE
Handbook 5200-09

No. 2019450300026701 CP Group 3

| 1. FPF No. 2019450300026701 | 2. Incident No. 2019SA0014240 | | |
|---|---|---|---|
| 3. Investigative Case No. SU13CR19EP0025 | 4. EID Event Number | | |
| 5. Prior Detention? Yes  No  If yes, DHS 6051D No. | 6. Date Seized (mm/dd/yyyy) 04/16/2019 | 7. Time Seized (Use 24 Hrs) 16:00 | 8. FDIN/Misc. |
| 9. Seized From: Name: REID, TERRELL  Address: ST. LOUIS, MO, 63133, US  Telephone No. | 10. Entry No. | 11. Seal or Other ID Nos. | |
| | 12. Remarks: | | |

13. Send Correspondence to:
U.S. CBP / ATTN:FPFO, 4349 WOODSON RD, STE 201, ST. LOUIS, MO, 63134, TEL. No. 3144298113

### 14. PROPERTY (By Line Item) Attach CBP 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | Type | d. Measurements Qty | UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 0006 | IPhone black case 281 736 0754 | 1 | BG | 1 | EA | $ 1 |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

| 15. Seizing Officer | | | |
|---|---|---|---|
| Gronewold, Thomas | X  TG | | 4.16.19 |
| Print Name | Signature | | Date |

### 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 006 | See 14b | Doug Alexander CFA/HSI | [sig] | 5-10-19 |
| 006 | See 14b | T. Gronewold SA/HSI | [sig] | 5-14-19 |
| 006 | See 14b | Jeffrey Wagner SA / HSI | [sig] | 5-15-19 |
| | | | | |
| | | | | |

DHS Form 6051A Continuation Sheet Attached? Yes ☐ No ☐

DHS Retains Original



DHS Form 6051S(08/09)

GOV-000073