**U.S DEPARTMENT OF HOMELAND SECURITY**

## CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

Handbook 5200-09

No. 20194503000026701 CP Group 9

| 1. FPF No. 20194503000026701 | 2. Incident No. 2019SA0014240 | | |
|---|---|---|---|
| 3. Investigative Case No. SU13CR19EP0025 | 4. EID Event Number | | |
| 5. Prior Detention? Yes  No  If yes, DHS 6051D No. | 6. Date Seized (mm/dd/yyyy) 04/16/2019 | 7. Time Seized (Use 24 Hrs) 16:00 | 8. FDIN/Misc. |
| 9. Seized From: Name: REID, TERRELL Address: ST. LOUIS, MO, 63133, US Telephone No. | 10. Entry No. | 11. Seal or Other ID Nos. | |
| | 12. Remarks: | | |

13. Send Correspondence to:
U.S. CBP / ATTN:FPFO, 4349 WOODSON RD, STE 201, ST. LOUIS, MO, 63134, TEL. No. 3144298113

### 14. PROPERTY (By Line Item) Attach CBP 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | c. Packages Type | d. Measurements Qty | d. Measurements UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 0009 | Pyrex glass measuring cup and fork | 1 | BG | 2 | EA | $ 1 |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

**15. Seizing Officer**

| Gronewold, Thomas | X [signature] | 4.16.19 |
|---|---|---|
| Print Name | Signature | Date |

### 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title /Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 009 | See 14b | Jeffrey Wagner SA / HSI | [signature] | 5-15-19 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

DHS Form 6051A Continuation Sheet Attached? Yes ☐ No ☐

DHS Retains Original



DHS Form 6051S(08/09)

GOV-000076