UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. S1-4:19 CR 00327 RWS NAB |
| TERRELL REID, | ) ) ) |
| Defendant. | ) |

## GOVERNMENT'S MOTION TO DISMISS SUPERSEDING INDICTMENT AS TO DEFENDANT TERRELL REID ONLY

Comes now the United States of America, by and through its attorneys, Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, and Lisa M. Yemm and James C. Delworth, Assistant United States Attorneys for said District, and respectfully moves the Court to dismiss Counts One, Two, and Three of the superseding indictment as to Defendant Terrell Reid, pursuant to Rule 48 of the Federal Rules of Criminal Procedure.

Respectfully submitted:

JEFFREY B. JENSEN
United States Attorney

  /s/ Lisa M. Yemm
LISA M. YEMM #64601MO
JAMES C. DELWORTH #29702MO
Assistant United States Attorney
111 S. 10th Street, Room 20.333
St. Louis, Missouri 63102
(314) 539-2200

SO ORDERED:

_____

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated: October 8 _____, 2020

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 8, 2020, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system all counsel of record.

      /s/ Lisa M. Yemm
LISA M. YEMM, #64601MO
Assistant United States Attorney